IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 6:04-408-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Marquis Davis, a/k/a Tarus Leon Davis, | ) ) | |
| | ) | |
| Movant. | ) | |

This matter is before the court on Marquis Davis' motion to alter or amend judgment. After reviewing the motion, the court orders the Government to respond to the motion within thirty (30) days of the date of this order unless a transcript is required and then thirty (30) days from the receipt of the transcript.

**IT IS SO ORDERED.**

                                                      s/Henry M. Herlong, Jr.
                                                      Senior United States District Judge

Greenville, South Carolina
July 20, 2009